```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :    SEALED INDICTMENT
                                   :
          - v. -                   :    17 Cr. 419
                                   :
CHRISTOPHER COLEMAN,               :
    a/k/a "Fox,"                   :
                                   :
JONATHAN ACQUINO,                  :
    a/k/a "Jonathan Aquino,"       :
    a/k/a "Jonathan Harvey-Acquino,":
    a/k/a "Gotti,"                 :
                                   :
JAMES ODELL WHITTED,               :
    a/k/a "Odell,"                 :
    a/k/a "O,"                     :
                                   :
LEIBYS MERCEDES,                   :
    a/k/a "Celly,"                 :
    a/k/a "Sonny," and             :
                                   :
BRANDEN JONES,                     :
    a/k/a "Branden Mima,"          :
    a/k/a "Marlo,"                 :
                                   :
          Defendants.              :
                                   :
- - - - - - - - - - - - - - - - - X
```

## COUNT ONE

(Narcotics Conspiracy)

The Grand Jury charges:

1. From at least in or about February 2017 up to and including in or about June 2017, in the Southern District of New York and elsewhere, CHRISTOPHER COLEMAN, a/k/a "Fox," JONATHAN ACQUINO, a/k/a "Jonathan Aquino," a/k/a "Jonathan Harvey-Acquino," a/k/a "Gotti," JAMES ODELL WHITTED, a/k/a "Odell,"

a/k/a "O," LEIBYS MERCEDES, a/k/a "Celly," a/k/a "Sonny," BRANDEN JONES, a/k/a "Branden Mima," a/k/a "Marlo," the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that CHRISTOPHER COLEMAN, a/k/a "Fox," JONATHAN ACQUINO, a/k/a "Jonathan Aquino," a/k/a "Jonathan Harvey-Acquino," a/k/a "Gotti," JAMES ODELL WHITTED, a/k/a "Odell," a/k/a "O," LEIBYS MERCEDES, a/k/a "Celly," a/k/a "Sonny," BRANDEN JONES, a/k/a "Branden Mima," a/k/a "Marlo," the defendants, and others known and unknown, would and did distribute, and possess with the intent to distribute, controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance that CHRISTOPHER COLEMAN, a/k/a "Fox," JONATHAN ACQUINO, a/k/a "Jonathan Aquino," a/k/a "Jonathan Harvey-Acquino," a/k/a "Gotti," JAMES ODELL WHITTED, a/k/a "Odell," a/k/a "O," LEIBYS MERCEDES, a/k/a "Celly," a/k/a "Sonny," BRANDEN JONES, a/k/a "Branden Mima," a/k/a "Marlo," the defendants, conspired to distribute and to possess with the intent to distribute was 100 grams and more of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(B).

Overt Acts

4. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York:

    a. On or about June 13, 2017, CHRISTOPHER COLEMAN, a/k/a "Fox," and JAMES ODELL WHITTED, a/k/a "Odell," a/k/a "O," the defendants, agreed that WHITTED would attempt to obtain Fentanyl for COLEMAN.

    b. On or about June 19, 2017, CHRISTOPHER COLEMAN, a/k/a "Fox," and LEIBYS MERCEDES, a/k/a "Celly," a/k/a "Sonny," the defendants, agreed that MERCEDES would travel to Yonkers, New York to pick up approximately $2,000 from COLEMAN.

    c. On or about June 19, 2017, CHRISTOPHER COLEMAN, a/k/a "Fox," and JONATHAN ACQUINO, a/k/a "Jonathan Aquino," a/k/a "Jonathan Harvey-Acquino," a/k/a "Gotti," the defendants, agreed that ACQUINO would provide $100 toward $2,000 to be paid to LEIBYS MERCEDES, a/k/a "Celly," a/k/a "Sonny," the defendant for narcotics.

        d.    On or about February 28, 2017, JONATHAN ACQUINO, a/k/a "Jonathan Aquino," a/k/a "Jonathan Harvey-Acquino," a/k/a "Gotti," and BRANDEN JONES, a/k/a "Branden Mima," a/k/a "Marlo," the defendants, agreed that JONES would connect ACQUINO with a source of supply for heroin and that JONES would assist ACQUINO in preparing the heroin for resale.

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

5.    As a result of committing the offense alleged in Count One of this Indictment, CHRISTOPHER COLEMAN, a/k/a "Fox," JONATHAN ACQUINO, a/k/a "Jonathan Aquino," a/k/a "Jonathan Harvey-Acquino," a/k/a "Gotti," JAMES ODELL WHITTED, a/k/a "Odell," a/k/a "O," LEIBYS MERCEDES, a/k/a "Celly," a/k/a "Sonny," BRANDEN JONES, a/k/a "Branden Mima," a/k/a "Marlo," the defendants, shall forfeit to the United States, pursuant to Title 21, United States code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

## SUBSTITUTE ASSET PROVISION

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been comingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

_____
FOREPERSON

_____
JOON H. KIM
Acting United States Attorney

5

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

CHRISTOPHER COLEMAN, a/k/a "Fox, et al.

Defendants.

---

INDICTMENT

17 Cr. 419

(21 U.S.C. § 846.)

JOON H. KIM
Acting United States Attorney

---

Foreperson

---