

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

---

*United States District Courthouse
300 Quarropas Street
White Plains, New York 10601*

May 17, 2018

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *United States v. Leibys Mercedes*, 17 Cr. 419 (KMK)

Dear Judge Karas:

     Based on the Court's adjournment of the trial in this case, now set for June 11, 2018, the Government respectfully submits this letter to request that the deadline for the Government's reply to the defendant's opposition to the Government's 404(b) motion, the deadline for the Government's opposition to the defendant's motion *in limine*, and the deadline for the Government to produce material pursuant to 18 U.S.C. § 3500, currently all set for May 18, 2018, be adjourned to May 25, 2018.  Bruce Koffsky, Esq., counsel to Mr. Mercedes, does not object to this request. The Government respectfully submits that this adjournment will facilitate potential stipulations that may address some of the evidence the Government sought to introduce pursuant to its 404(b) motion, and allow the Government to find and identify to defense counsel an available expert witness, based on the new trial date.

                                      Respectfully submitted,

                                      GEOFFREY S. BERMAN
                                      United States Attorney


                             By: <u>/s Samuel L. Raymond</u>
                                Samuel L. Raymond
                                Assistant United States Attorney
                                (914) 993-1946