**MEMO ENDORSED**

# Koffsky & Felsen, LLC
1150 Bedford Street
Stamford, Connecticut 06905
Tel. (203) 327-1500
Fax. (203) 327-7660
bkoffsky@snet.net

**Via ECF and Facsimile**

May 25, 2018

Hon. Judge Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

**Re:   United States v. Coleman, et al. (Leibys Mercedes)
7:17cr419 (KMK)**

Your Honor:

The undersigned was appointed to represent Mr. Leibys Mercedes in the above-captioned matter. The Court ordered that jury selection and trial were to begin on June 11, 2018. Attorney Chukwuemeka Nwokoro has today filed his appearance on behalf of Mr. Mercedes as retained counsel and requests that the undersigned make arrangements to transfer his file to new counsel.

The undersigned respectfully requests that the Court schedule a status conference at the Court's first opportunity so that the undersigned might withdraw as counsel for the defendant and so that the orderly transition of the discovery previously provided to the undersigned might be transferred to new counsel.

I thank the Court for its consideration.

Respectfully submitted,

__/s/ Bruce D. Koffsky__
Bruce D. Koffsky

BDK/me
cc:   Celia Cohen, AUSA/Samuel Raymond AUSA (via ECF)
    Chukwuemeka Nwokoro, Esq.

*Handwritten endorsement:* The Court will hold a conference on May 29, 2018, at 4:00. All counsel are to be personally present, and nobody should assume the trial will be adjourned. So Ordered.

*/s/ KMK*
5/29/18