UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA : 
: 
: DN:  7:17CR419 (KMK)
V. : 
: 
: June 5, 2018
LEIBYS MERCEDES : 

**DEFENDANT'S MOTION TO STRIKE SUPERSEDING INDICTMENT**

The Defendant, LEIBYS MERCEDES, through undersigned counsel, respectfully moves to strike the Superseding Indictment filed by the government on June 5, 2018 or in the alternative, to grant him a continuance of trial.  A memorandum in support of this application is filed herewith and made a part hereof.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that

the Court strike the Superseding Indictment or grant a continuance of trial.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
**LEIBYS MERCEDES**


BY__/s/ Bruce D. Koffsky___
Bruce D. Koffsky, Esq.
Koffsky & Felsen, LLC
1150 Bedford Street
Stamford, Ct  06905
Tel.: 203-327-1500
Fax: 203-327-7660
bkoffsky@snet.net

## **CERTIFICATION**

THIS IS TO CERTIFY that on June 5, 2018 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    _/s/ Bruce D. Koffsky__
    Bruce D. Koffsky