UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

LEIBYS MERCEDES,
a/k/a "Celly,"

Defendant.

---

Case No. 17-CR-419 (KMK)

KENNETH M. KARAS, District Judge:

    At the conclusion of the trial on November 7, 2018, the Court adopted the following scheduling order for post-trial motions:

    Defendant shall file any post-trial motions by no later than December 7, 2018. The Government shall file opposition papers by no later than January 7, 2019. Defendant shall file reply papers by no later than January 28, 2019. Sur-reply papers will not be accepted unless prior permission of the Court is given.

    Counsel are reminded that there is a strict page limit, which will be extended only in extreme circumstances.

SO ORDERED.

DATED:    November 7, 2018
              White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE