UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

United States,

    -against-

Leibys Mercedes,

    Defendant.

--------------------------------------------------------x

ORDER

Docket No. 17 CR 00419 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Daniel Hochheiser, Esq., is to assume representation of the defendant in the above captioned matter as of February 25, 2021. Mr. Hochheiser is appointed pursuant to the Criminal Justice Act. His address is 2 Overhill Road, Suite 400, Scarsdale, NY 10583, phone number (646) 863-4246; Email: dah@hochheiser.com.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       February 25, 2021