```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA,        :
                                 :
         -v-                     :    17 Cr. 419 (KMK)
                                 :
LEIBYS MERCEDES,                 :
                                 :
             Defendant.          :
                                 :
- - - - - - - - - - - - - - - - X
```

Upon the application of the United States of America, Damian Williams, United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Samuel L. Raymond, Daniel M. Loss, and Michael Maimin, of counsel, for an order precluding the dissemination of material produced pursuant to 18 U.S.C. § 3500, *Giglio v. United States*, 405 U.S. 150, 154 (1972), and the Government's general disclosure obligations, relating to witnesses the Government anticipated would be called to testify at trial ("3500 Material"), it is hereby

ORDERED that (1) the defense shall return or destroy all 3500 Material (including all copies thereof), 30 days after the decision on any habeas petition pursuant to 28 U.S.C. § 2255, or when any appeal from such a decision has become final; (2) the defense is precluded from disseminating any 3500 Material (and any copies thereof) to anyone beyond the defendant, defense counsel, and any paralegal or staff employed by the defense; (3) the defendant is precluded from taking any 3500 Material relating to Lisa Henderson

(and any copies thereof) into any jail facility or possessing any 3500 Material in any jail facility, either before, during, or after the pendency of a habeas petition, except that the defendant may review 3500 Material relating to Henderson in the possession of defense counsel and/or any paralegal or staff employed by the defense when in the presence of defense counsel and/or any paralegal or staff employed by the defense; and (4) 3500 Material for Henderson containing social media shall be marked "ATTORNEYS' EYES ONLY" and shall not be disseminated to the defendant or anyone else beyond defense counsel and any paralegal or staff employed by the defense, unless with the Government's consent or by further order of the Court on defense application.

Dated:   New York, New York
         \_\_\_\_\_November 9\_\_\_\_, 2021

_____
THE HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE